IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:19-cv-01229-LCB-LPA

| | |
|---|---|
| ANDRE FLOYD CHAMBERS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WAKE FOREST UNIVERSITY ) <br> BAPTIST MEDICAL CENTER, ) <br> ) <br> Defendant. ) <br> ) | **DEFENDANT WAKE FOREST BAPTIST MEDICAL CENTER'S MOTION FOR SUMMARY JUDGMENT** |

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1, Defendant Wake Forest Baptist Medical Center Inc. ("WFUBMC") hereby moves for an award of summary judgment in its favor. Based on the pleadings, depositions and other discovery materials, and the facts and authorities set forth in the accompanying Memorandum in Support of Defendant Wake Forest Baptist Medical Center's Motion for Summary Judgment, Defendant WFUBMC submits that there is no genuine issue of material fact and as such it is entitled to judgment as a matter of law.

This the 30th day of June, 2021.

                      **/s/ Kristine M. Sims**
Kristine M. Sims, Bar No. 26903
Email: ksims@constangy.com
**/s/ Gerard M. Clodomir**
Gerard M. Clodomir, Bar No. 54176
Email: gclodomir@constangy.com
CONSTANGY, BROOKS, SMITH
& PROPHETE, LLP
100 N. Cherry Street, Suite 300
Winston-Salem, NC 27101
Telephone: (336) 721-6849
Facsimile: (336) 283-0385

*Attorneys for Defendant Wake Forest University Baptist Medical Center*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed **DEFENDANT WAKE FOREST BAPTIST MEDICAL CENTER'S MOTION FOR SUMMARY JUDGMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Geraldine Sumter** (gsumter@fergusonsumter.com).

This the 30th day of June, 2021.

                                         **/s/ Kristine M. Sims**
                                         Kristine M. Sims, Bar No. 26903
                                         Email: ksims@constangy.com
                                         CONSTANGY, BROOKS, SMITH
                                         & PROPHETE, LLP
                                         100 N. Cherry Street, Suite 300
                                         Winston-Salem, NC 27101
                                         Telephone: (336) 721-6849
                                         Facsimile: (336) 283-0385

                                         *Attorney for Defendant Wake Forest University Baptist Medical Center*